**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

CAROLE SPEED,                          )
                                       )
                    Plaintiff,         )
          vs.                          )          1:05-cv-1526-JDT-WTL
                                       )
STANLEY SOLUTIONS/BEST ACCESS,         )
                                       )
                    Defendant.         )


**E N T R Y**

The plaintiff's most recent request for waiver of the filing fee and the defendant's response to that request have each been considered. The plaintiff's request is **granted** to the following extent:

1.      The plaintiff may pay the filing fee in monthly installments of not less than $50.00.

2.      The first such installment shall be paid not later than March 15, 2006, with subsequent installments to be paid by the 15th day of each following month until the full $250.00 is paid.

**IT IS SO ORDERED.**


Date:   _03/01/2006_                        _____
                                            John Daniel Tinder, Judge
                                            United States District Court

Copies to:

Carol A. Speed
4422 N. Arlington Ave.
Indianapolis, IN 46226

Mark Everett Bloom
BECKMAN LAWSON, LLP
meb@beckmanlawson.com

Craig R. Patterson
BECKMAN LAWSON, LLP
crp@beckmanlawson.com